THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:21-cv-02939-RMR-NRN

GARDEN RANCH SHOPPETTE LLC,

Plaintiff,

v.

OHIO SECURITY INSURANCE COMPANY,

Defendant.

## NOTICE OF SETTLEMENT

Defendant, Ohio Security Insurance Company ("Ohio"), by and through its undersigned counsel, with the consent of counsel for Plaintiff, hereby submits this Notice of Settlement as follows:

1. The parties have reached a settlement in the above-captioned case.

2. It is anticipated that settlement documents will be finalized and appropriate dismissal papers filed with the Court on or before July 18, 2022.

118016648.1

Respectfully submitted this 23rd day of June, 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Jon M. Ludwig*
Brian J. Spano, Esq.
Holly C. White, Esq.
Jon M. Ludwig, Esq.
1601 Nineteenth Street, Suite 1000
Denver, CO 80202
Tel.:  303.623.9000
Fax:  303.623.9222
Email: bspano@lewisroca.com
          hwhite@lewisroca.com
          jludwig@lewisroca.com

*Attorneys for Defendant*
*Oho Security Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 23, 2022, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was electronically filed using CM/ECF, which will send notice of such filing to the following:

Rodney J. Monheit, Esq.
Katherine E. Goodrich, Esq.
MoGo LLC
600 17th Street, Suite 2800 South
Denver, CO 80202
Tel: 303.357.1317
Email: rodney@mogollc.com
         katie@mogollc.com

*Attorneys for Plaintiff*

                    *s/ Jon M. Ludwig*
                    Jon M. Ludwig, Esq.

118016648.1