# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 21-cv-02939-RMR-KMT

GARDEN RANCH SHOPPETTE LLC,

Plaintiff,

v.

OHIO SECURITY INSURANCE COMPANY,

Defendant.

## ORDER FOR DISMISSAL

THIS MATTER having come before the Court on the parties' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby ORDERED that the above-captioned matter is dismissed, with prejudice, with each party to bear its own attorney's fees and costs.

ENTERED this 19th day of July, 2022.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge